# United States District Court

### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JOSE LUIS CRUZ

**WARRANT FOR ARREST**

CASE NUMBER: 6:09-cr-250-Orl-31 KRS

FILED
2010 JAN -8 AM 10: 48
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO DIVISION

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JOSE LUIS CRUZ and bring him forthwith to the nearest magistrate to answer a

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with fraud and related activity in connection with identification documents, authentication features, and information.

In violation of Title 18, United States Code, Sections 1028(a)(1) and 1028(b)(1)(A).

SHERYL L. LOESCH
Name & Title of Judicial Officer

_Deputy Clerk_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Orlando, FL 12/2/09
Date and Location

_Ana I. Lara_
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
390 N. Orange Ave Ste 1300 Orlando, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/4/09 | Shelley Kolavizyk, Special Agent | _[signature]_ Shelley Kotney |
| DATE OF ARREST 1/7/10 | | |